IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:94-CR-00097-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| RICKY LEE GROVES, | ) |
| Defendant. | ) |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-HC-02145-FL

| | |
|---|---|
| RICKY LEE GROVES, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| D.R. STEPHENS, | ) |
| Respondent. | ) |

ORDER

Before the court is a Motion to Correct Judgment Under Rule 59(e) and Objection to the Amended Judgment [DE-615]. In his motion, Groves argues that although this court correctly vacated his sentence on Count Three, the court erred by failing to apply all current law in effect at the time or allow him the opportunity to have a resentencing hearing.

A review of the record reveals that on October 9, 2013, the undersigned entered an order which did the following: DENIED Respondent's Motion for Summary Judgment [DE-605]; ALLOWED Groves' § 2241 [DE-601, Attachment 1] to the extent that Groves sought to vacate

his conviction and sentence in Count Three; and ALLOWED Groves' Motions to Supplement [DE-601, Attachment 4; DE-606] to the extent that the court had reviewed the additional authority submitted by Groves. [DE-612.] On October 24, 2013, Groves filed a Notice of Appeal. [DE-614.] The instant Motion to Correct Judgment Under Rule 59(e) and Objection to the Amended Judgment [DE-615] was filed the next day.

The undersigned finds that this court was without jurisdiction once Groves filed the Notice of Appeal on October 24, 2013. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.") For this reason, Groves' Motion to Correct Judgment Under Rule 59(e) and Objection to the Amended Judgment [DE-615] is DISMISSED.

SO ORDERED.

This, the 5 day of November, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

2