IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:94-CR-97-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICKY LEE GROVES | ) | |

This matter is before the court on Defendant Ricky Lee Groves's Motion to Unseal and Disclose Pre-Sentence Investigative Report to Clemency Project 2014 Counsel [DE-659]. For good cause shown, the motion is ALLOWED. The United States Probation Office is DIRECTED to send a copy of Groves's sealed Pre-Sentence Investiative Report to his prospective Clemency Project attorney, Lloyd S. Kim. A mailing address is provided in Exhibit A to the motion [DE-659-1]. It is ORDERED that the Pre-Sentence Investigative Report not be provided to the defendant. It is further ORDERED that at the conclusion of the representation by the Clemency Project 2014 counsel, counsel shall return all copies of the Pre-Sentence Investigative Report to the Bureau of Prisons or shall destroy all copies.

SO ORDERED.

This, the _16_ day of December, 2015.

_____
JAMES C. FOX
Senior United States District Judge